UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In Re:

    HOT SOCKET, INC.                                Chapter 7
                                                              Case No. 01-41297-JMP

                                        Debtor(s).
------------------------------------------------------------x

## NOTICE OF UNCLAIMED DIVIDEND - RULE 3011

The undersigned as chapter 7 Trustee of the captioned estates hereby notices the clerk of the court that the Trustee mailed a dividend distribution, on 12/09/2010

CK# 119 to INTERACTIVE FUTURES, INC. in the sum of $4,742.58 at its last known address, 390 Fifth Avenue, 2nd Fl., New York New York 10018
CK#134 to MATCHLOGIC.INC. In the sum of $27,781.74 at its last known address 723 Church Ranch Blvd., Westminster, CO 80021
CK# 135 in the sum of $166.91 to TIDAL WIRE, INC. at its last known address 4 Technology Drive, Westborough, MA 01581
CK# 140, to EXODUS COMMUNICATIONS, INC. in the sum of $18,495.09 at its last known address, LAWRENCE M. SCHWAB, ESQ., THOMAS GAA, ESQ., BIALSON, BERGEN & SCHWAB, 2600 EL CAMINO REAL, SUITE 300, PALO ALTO, CA 94306
CK# 142, to EA.COM (POGO.COM) in the sum of $1,311.56 at its last known address, 209 REDWOOD SHORES PKWY, REDWOOD CITY, CA 94065, ATTN: NORNA CASH
CK#143 ,to MYPOINTS.COM , in the sum of $1,707.31 at its last known address, ATTN GENERAL COUNSEL, 1375 E. WOODFIELD ROAD, SUITE 300, SCHAUMBURG, IL 60173
CK# 145, to DIRECTSTUFF.COM in the sum of $72.69 at its last known address, P.O. BOX 16530, PITTSBURGH, PA 15242
CK# 148, to STRIVE COMMUNICATIONS, INC. in the sum of $8.90 at its last known address, P.O. BOX 433, MASSAPEQUA, NY 11758-0433
CK#149, to IMUSTPLAY.COM, C/O !MUSLOTTO, 5900 SAN FERNANDOROAD, SUITE A, GLENDALE, CA 91202 in the sum of $46.39
CK#151, to NETWORK COMMERCE INC., in the sum of $770.70 at its last known address, MATT CHRISTENSEN, 411 1ST AVENUE SOUTH, SUITE 200N, SEATTLE, WA 98104
CK#152 to EUNIVERSE,INC., in the sum of $328.16, at its last known address, CHRISS LIPP, 6300 WILSHIRE BLVD.,SUITE 1700, LOS ANGELES, CA 90048
CK#153 to JACKPOT.COM in the sum of $2,697.62, at its last known address,15260 VENTURA BLVD.,SUITE 2000, SHERMAN OAKS,CA 91403
CK#162 to MUSICVISION, in the sum of $494.52 , in the sum of $494,52 at its last known address, 636 BROADWAY, 3RD FLOOR, NEW YORK, NY 10012
CK#165 TO 1ST UP.COM CORPORATION, in the sum of $2,572.52 at its last known address, 574 MARKET STREET, SAN FRANCISCO, CA 94105

Which were never negotiated.

      By reason of the above the trustee encloses estate check number 171 to the United States Bankruptcy Court in the sum of $61,196.76 representing an unclaimed dividend in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| | |
|---|---|
| Dated: <u>June 8, 2011</u> | Estate of HOT SOCKET, INC. |
| | |
| | <u>*/s/ Ian J. Gazes*</u> |
| | IAN J. GAZES (SDNY), Trustee |
| | 32 AVENUE OF THE AMERICAS |
| | 27TH FLOOR |
| | NEW YORK, NY  10013 |
| | (212) 765-9000 |